IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAMES JOHNSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 5:21-cv-5075-PKH

**OZARK MOUNTAIN POULTRY, INC.,**            **DEFENDANTS**
**and GEORGE'S, INC.**

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff James Johnson, individually and on behalf of all others similarly situated, by and through his attorneys Lydia H. Hamlet and Josh Sanford of Sanford Law Firm, PLLC, and for his Unopposed Motion for Voluntary Dismissal without Prejudice, does allege and state as follows:

1. Plaintiff filed his Original Complaint–Collective Action on April 23, 2021, alleging violations of the FLSA against Defendants. *See* ECF No. 2.

2. It is the desire of Plaintiff to voluntarily dismiss this lawsuit.

3. Plaintiff conferred with Defendants through counsel and is authorized to state that **this Motion is unopposed**.

4. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff should be allowed to voluntarily dismiss his claims against Defendants without prejudice.

5. Plaintiff hereby requests that the Court dismiss his claims against Defendants without prejudice.

**Page 1 of 2**
**James Johnson, et al. v. Ozark Mountain Poultry, Inc., et al.**
**U.S.D.C. (W.D. Ark.) No. 5:21-cv-5075-PKH**
**Unopposed Motion for Voluntary Dismissal without Prejudice**

WHEREFORE, premises considered, Plaintiff James Johnson, individually and on behalf of all others similarly situated, prays that this Court dismiss his claims against Defendants without prejudice and for all good and proper relief to which he may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**JAMES JOHNSON, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page** 2 **of** 2
**James Johnson, et al. v. Ozark Mountain Poultry, Inc., et al.**
**U.S.D.C. (W.D. Ark.) No. 5:21-cv-5075-PKH**
**Unopposed Motion for Voluntary Dismissal without Prejudice**