UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES JOHNSON
individually and on behalf of all
others similarly situated                                                                PLAINTIFF

v.                                          No. 5:21-CV-05075

OZARK MOUNTIN POULTRY, INC.,
and GEORGE'S, INC.                                                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff's unopposed motion to voluntarily dismiss this case without prejudice (Doc. 13). Rule 41(a)(2) of the Federal Rules of Civil Procedure provides "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's motion to dismiss will be granted.

IT IS THEREFORE ORDERED that the motion (Doc. 13) is GRANTED and Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of September, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE